UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA,
         Plaintiff,

v.                                                          CIVIL ACTION NO:
                                                        09-11251-MBB

35 MANOMET AVENUE, HULL, MA
         Defendant.

## ORDER OF DISMISSAL

January 10, 2012

**BOWLER, U.S.M.J.**

This court having been advised that the parties agree to settlement in the above-entitled case;

It is **ORDERED** that this action is hereby **DISMISSED** with prejudice and without costs. Upon good cause shown, any party may move to reopen the action within NINETY (90) days if the settlement is not consummated.

                                                      /s/ Marianne B. Bowler
                                                      **MARIANNE B. BOWLER**
                                                      United States Magistrate Judge